

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2021

No. 04-21-00077-CV

**IN THE ESTATE OF CARLOS Y. BENAVIDES, JR.**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2020-PB7-000138-L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Sitting: Rebeca C. Martinez, Chief Justice
    Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice (not participating)
    Irene Rios, Justice
    Beth Watkins, Justice
    Liza A. Rodriguez, Justice
    Lori I. Valenzuela, Justice

On March 29, 2021, appellant filed a Motion for Rehearing En Banc and Emergency Motion to Reinstate Stay. After consideration, appellant's motion is **DENIED**.

It is so **ORDERED** on April 1, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court